IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAMONA LOPEZ,

        Plaintiff,

vs.                                                                                   No.   1:13-CV-00761- RB/RHS

UNITED STATES OF AMERICA and
DAVID CORDOVA,

        Defendants.

### STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

Date: 6/27/14

HINKLE LAW OFFICES P.C.

*/s/ Warren F. Hire*

Cloyd G. Hinkle, Esq.
Warren F. Hire, II, Esq.
3939 San Pedro, NE, Bldg. A
Albuquerque, NM 87110
(505) 883-4357
Counsel for Plaintiff

DAMON P. MARTINEZ
United States Attorney

/s/ Manuel Lucero
_____
MANUEL LUCERO
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1467; (505) 346-7205 fax
manny.lucero@usdoj.gov
Counsel for the United States of America

Date: 6/27/14   HINKLE LAW OFFICES P.C.

*/s/ Cloyd Hinkle*
Cloyd G. Hinkle, Esq.
Warren F. Hire, II, Esq.
3939 San Pedro, NE, Bldg. A
Albuquerque, NM 87110
(505) 883-4357
Counsel for Plaintiff
Tax ID No.: 85-0394156

Date: _____   MASON & ISAACSON, PA

_____
PATRICK THOMAS MASON, ESQ.
P.O. Box 1772
Gallup, NM  87301
(505) 722-4463; Fax (505) 722-2629
Counsel for the Navajo Nation

Date: _____   DAMON P. MARTINEZ
United States Attorney

_____
MANUEL LUCERO
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274; Fax (505) 346-7205
Counsel for the United States of America

5

**RECEIVED**

JUL 0 2 2014

U.S. ATTORNEY'S OFFICE
Albuquerque, NM